UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSA ELBA de PAULINO et al.,

                              Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

                              Defendants.

22 Civ. 1865 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received a motion for preliminary injunction in the above captioned case. *See* Dkt. 4. Defendants have not yet appeared in this action. Plaintiffs are instructed to serve on defendants, by **March 18, 2022**, the complaint, summons, motion for preliminary injunction, and this order on defendants, and to file on the docket of this case forthwith an affidavit of service attesting to as much. Defendants are instructed to respond to plaintiffs' motion for preliminary injunction **within 7 days** of receiving such documents.

       SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: March 14, 2022
       New York, New York