UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ROSA ELBA DE PAULINO, *as Parent and Natural Guardian of R.P.*, et al.,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

Defendants,

------------------------------------------------------------

22 Civ. 1865 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 4, 2022, plaintiffs filed the complaint and an order to show cause for a preliminary injunction requiring defendants to, *inter alia*, fund tuition and related services at the International Institute for the Brain for the 2021–2022 extended school year. Dkts. 1, 4, 5. On April 4, 2022, the Court granted defendants' request, to which plaintiffs consented, for a 45-day extension to respond to the motion for a preliminary injunction and a 45-day extension to respond to the complaint. Dkt. 14. On May 4, 2022, the Court granted defendants' second request, to which plaintiffs consented, for a one-week extension to respond to the motion. Dkt. 16. On May 6, 2022, plaintiffs re-filed their motion for a preliminary injunction. Dkts. 17, 18. On May 12, 2022, defendants opposed the motion, arguing that plaintiffs' requests were moot. Dkts. 19, 20. On May 19, 2022, plaintiffs replied to defendants' opposition to the preliminary injunction. Dkt. 23. On June 30, 2022, pursuant to a Court-approved deadline extension, Dkt. 22, defendants filed their answer, Dkt. 24.

The Court is now turning its attention to this matter. In light of the focus of the preliminary injunction and complaint on funding for the 2021–2022 school year, the Court

directs that the parties submit, by Monday, October 17, 2022, a joint letter setting out whether this is still a live dispute and, if applicable, providing relevant factual updates and defining the relief presently sought.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2022
New York, New York