UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSA ELBA DE PAULINO, *as Parent and Natural Guardian of R.P.,* et al.,

                                            Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                                            Defendants.

22 Civ. 1865 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As set out at the conference held yesterday, the schedule for summary judgment briefing in this case will proceed as follows:

- A joint statement of stipulated facts is due on **February 9, 2024**.

- Plaintiffs' opening brief in support of their motion for summary judgment is due on **February 23, 2024**.

- Defendants' combined opening brief in support of their cross-motion for summary judgment and opposition to Plaintiffs' motion is due **March 8, 2024**.

- Plaintiffs' combined reply in support of summary judgment and opposition to Defendants' cross-motion is due **March 22, 2024**.

- Defendants' reply in support of their cross-motion for summary judgment is due **April 5, 2024**.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2024
        New York, New York